CONFIDENTIAL- SUBJECT
TO PROTECTIVE ORDER



DEPOSITION EXHIBIT
Wiles 1

| TELEPHONE NUMBER | ACCOUNT NUMBER |
|---|---|
| 207/689-2006 | |

000000

HARTT TRANSPORTATION        OTTcommunications.        PAGE 1 OF 52

PAYMENTS RECEIVED AFTER JAN 9 ARE NOT INCLUDED

| BILLING DATE | PAST DUE DATE |
|---|---|
| JAN 10, 2011 | FEB 9, 2011 |

| PREVIOUS BALANCE | PAYMENTS/ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES | AMOUNT DUE |
|---|---|---|---|---|
| $1,335.79 | $1,335.79 | $.00 | $1,394.87 | $1,394.87 |

## CUSTOMER DETAIL

| SERVICES: | BALANCE BY SERVICE | AMOUNT DUE |
|---|---|---|
| TELEPHONE COMPANY | 1,311.87 | |
| INTERNET | 83.00 | |
| | 1,394.87 | |
| TOTAL AMOUNT DUE - PLEASE PAY THIS AMOUNT | 1,394.87 | $1,394.87 |

TO AVOID LATE FEES AND ENSURE PROPER CREDIT PLEASE PAY BY THE DUE DATE
REFERENCED ABOVE. A LATE PAYMENT FEE OF 0.892% MAY APPLY TO PAST DUE AMOUNTS.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 1-877-643-6246.

KEEP THIS PORTION FOR YOUR RECORD

Please Detach at Perforation and Return This Portion With Your Payment


OTTcommunications.
56 Campus Drive
New Gloucester, ME 04260

PAGE 1 OF 52

| BILLING DATE | TELEPHONE NUMBER |
|---|---|
| JAN 10, 2011 | 207/689-2006 |
| PAST DUE DATE | ACCOUNT NUMBER |
| FEB 9, 2011 | |

AMOUNT DUE:        $   1,394.87
TOTAL AMOUNT PAID: $         64

HARTT TRANSPORTATION
262 BOMARC RD          ##
BANGOR ME 04401-2655

PLEASE SEND     P.O. Box 11004
PAYMENT TO:     Lewiston, ME 04243-9455

9000032910300139487 9

HARTT001797

CONFIDENTIAL- SUBJECT
TO PROTECTIVE ORDER

207/941-0095



000000

HARTT TRANSPORTATION

OTTcommunications.

PAGE 1 OF 243

PAYMENTS RECEIVED AFTER JAN 9 ARE NOT INCLUDED

| BILLING DATE | PAST DUE DATE |
|---|---|
| JAN 10, 2011 | FEB 9, 2011 |

| PREVIOUS BALANCE | PAYMENTS/ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES | AMOUNT DUE |
|---|---|---|---|---|
| $5,851.23 | $5,851.23 | $.00 | $8,372.14 | $8,372.14 |

### CUSTOMER DETAIL

| SERVICES: | BALANCE BY SERVICE | AMOUNT DUE |
|---|---|---|
| TELEPHONE COMPANY | 7,742.19 | |
| INTERNET | 629.95 | |
| | 8,372.14 | |
| TOTAL AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $8,372.14 |

TO AVOID LATE FEES AND ENSURE PROPER CREDIT PLEASE PAY BY THE DUE DATE
REFERENCED ABOVE. A LATE PAYMENT FEE OF 0.892% MAY APPLY TO PAST DUE AMOUNTS.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 1-877-643-6246.

**KEEP THIS PORTION FOR YOUR RECORD**

Please Detach at Perforation and Return This Portion With Your Payment



OTTcommunications.

56 Campus Drive
New Gloucester, ME 04260

PAGE 1 OF 243

| BILLING DATE | TELEPHONE NUMBER |
|---|---|
| JAN 10, 2011 | 207/941-0095 |
| PAST DUE DATE | ACCOUNT NUMBER |
| FEB 9, 2011 | |

AMOUNT DUE: $ $8,372.14
TOTAL AMOUNT PAID: $ 64

HARTT TRANSPORTATION
262 BOMARC RD      ##
BANGOR ME 04401-2655

PLEASE SEND      P.O. Box 11004
PAYMENT TO:      Lewiston, ME 04243-9455

9000031588500837214 6

HARTT002108

CONFIDENTIAL- SUBJECT
TO PROTECTIVE ORDER

| TELEPHONE NUMBER | ACCOUNT NUMBER |
|---|---|
| 207/689-2006 | ████ |



000000

HARTT TRANSPORTATION

OTTcommunications.

PAGE 1 OF 50

PAYMENTS RECEIVED AFTER DEC 9 ARE NOT INCLUDED

| BILLING DATE | PAST DUE DATE |
|---|---|
| DEC 10, 2010 | JAN 9, 2011 |

| PREVIOUS BALANCE | PAYMENTS/ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES | AMOUNT DUE |
|---|---|---|---|---|
| $1,497.72 | $1,497.72 | $.00 | $1,335.79 | $1,335.79 |

### CUSTOMER DETAIL

| SERVICES: | BALANCE BY SERVICE | AMOUNT DUE |
|---|---|---|
| TELEPHONE COMPANY | 1,252.79 | |
| INTERNET | 83.00 | |
| | 1,335.79 | |
| TOTAL AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $1,335.79 |

TO AVOID LATE FEES AND ENSURE PROPER CREDIT PLEASE PAY BY THE DUE DATE REFERENCED ABOVE. A LATE PAYMENT FEE OF 0.892% MAY APPLY TO PAST DUE AMOUNTS. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 1-877-643-6246.

**KEEP THIS PORTION FOR YOUR RECORD**

---

Please Detach at Perforation and Return This Portion With Your Payment



OTTcommunications.

56 Campus Drive
New Gloucester, ME 04260

PAGE 1 OF 50

| BILLING DATE | TELEPHONE NUMBER |
|---|---|
| DEC 10, 2010 | 207/689-2006 |
| PAST DUE DATE | ACCOUNT NUMBER |
| JAN 9, 2011 | ████ |

AMOUNT DUE: $ $1,335.79
TOTAL AMOUNT PAID: $ 64

HARTT TRANSPORTATION
262 BOMARC RD
##
BANGOR ME 04401-2655

PLEASE SEND PAYMENT TO: P.O. Box 11004
Lewiston, ME 04243-9455

9000032910300133579 8

HARTT002057

CONFIDENTIAL- SUBJECT
TO PROTECTIVE ORDER

| TELEPHONE NUMBER | ACCOUNT NUMBER |
|---|---|
| 207/941-0095 | ███████ |

000000

HARTT TRANSPORTATION



OTTcommunications.

PAGE 1 OF 191

PAYMENTS RECEIVED AFTER DEC 9 ARE NOT INCLUDED

| BILLING DATE | PAST DUE DATE |
|---|---|
| DEC 10, 2010 | JAN 9, 2011 |

| PREVIOUS BALANCE | PAYMENTS/ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES | AMOUNT DUE |
|---|---|---|---|---|
| $6,943.37 | $6,943.37 | $.00 | $5,851.23 | $5,851.23 |

### CUSTOMER DETAIL

| SERVICES: | BALANCE BY SERVICE | AMOUNT DUE |
|---|---|---|
| TELEPHONE COMPANY | 5,221.28 | |
| INTERNET | 629.95 | |
| | 5,851.23 | |
| TOTAL AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $5,851.23 |

TO AVOID LATE FEES AND ENSURE PROPER CREDIT PLEASE PAY BY THE DUE DATE REFERENCED ABOVE. A LATE PAYMENT FEE OF 0.892% MAY APPLY TO PAST DUE AMOUNTS. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 1-877-643-8246.

**KEEP THIS PORTION FOR YOUR RECORD**

Please Detach at Perforation and Return This Portion With Your Payment



OTTcommunications.

56 Campus Drive
New Gloucester, ME 04260

PAGE 1 OF 191

| BILLING DATE | TELEPHONE NUMBER |
|---|---|
| DEC 10, 2010 | 207/941-0095 |
| PAST DUE DATE | ACCOUNT NUMBER |
| JAN 9, 2011 | ███████ |

AMOUNT DUE:       $    $5,851.23
TOTAL AMOUNT PAID: $          64

HARTT TRANSPORTATION
262 BOMARC RD                    ##
BANGOR ME 04401-2655

PLEASE SEND    P.O. Box 11004
PAYMENT TO:    Lewiston, ME 04243-9455

900003158850058512311

HARTT001865

CONFIDENTIAL- SUBJECT
TO PROTECTIVE ORDER

| TELEPHONE NUMBER | ACCOUNT NUMBER |
|---|---|
| 207/689-2075 | ▮ |



000000

OTTcommunications.

HARTT TRANSPORTATION  PAGE 1 OF 5

PAYMENTS RECEIVED AFTER JAN 9 ARE NOT INCLUDED

| BILLING DATE | PAST DUE DATE |
|---|---|
| JAN 10, 2011 | FEB 9, 2011 |

| PREVIOUS BALANCE | PAYMENTS/ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES | AMOUNT DUE |
|---|---|---|---|---|
| $378.48 | $378.48 | $.00 | $378.26 | $378.26 |

### CUSTOMER DETAIL

| SERVICES: | BALANCE BY SERVICE | AMOUNT DUE |
|---|---|---|
| TELEPHONE COMPANY | 320.26 | |
| INTERNET | 58.00 | |
| | 378.26 | |
| TOTAL AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $378.26 |

TO AVOID LATE FEES AND ENSURE PROPER CREDIT PLEASE PAY BY THE DUE DATE REFERENCED ABOVE. A LATE PAYMENT FEE OF 0.892% MAY APPLY TO PAST DUE AMOUNTS. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 1-877-643-6246.

**KEEP THIS PORTION FOR YOUR RECORD**

---

Please Detach at Perforation and Return This Portion With Your Payment



OTTcommunications.

56 Campus Drive
New Gloucester, ME 04260

PAGE   1 OF   5

| BILLING DATE | TELEPHONE NUMBER |
|---|---|
| JAN 10, 2011 | 207/689-2075 |
| PAST DUE DATE | ACCOUNT NUMBER |
| FEB 9, 2011 | ▮ |

AMOUNT DUE:          $     $378.26
TOTAL AMOUNT PAID:   $          64

HARTT TRANSPORTATION
262 BOMARC RD                          ##
BANGOR ME 04401-2655

PLEASE SEND        P.O. Box 11004
PAYMENT TO:        Lewiston, ME 04243-9455

9000032910500037826b

HARTT001859

CONFIDENTIAL- SUBJECT
TO PROTECTIVE ORDER

| TELEPHONE NUMBER | ACCOUNT NUMBER |
|---|---|
| 207/689-2075 | ▮ |

000000



OTTcommunications.

HARTT TRANSPORTATION                                PAGE   1 OF   6

PAYMENTS RECEIVED AFTER  DEC  9  ARE NOT INCLUDED

| BILLING DATE | PAST DUE DATE |
|---|---|
| DEC 10, 2010 | JAN 9, 2011 |

| PREVIOUS BALANCE | PAYMENTS/ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES | AMOUNT DUE |
|---|---|---|---|---|
| $380.68 | $380.68 | $.00 | $378.48 | $378.48 |

### CUSTOMER DETAIL

| SERVICES: | BALANCE BY SERVICE | AMOUNT DUE |
|---|---|---|
| TELEPHONE COMPANY | 320.48 | |
| INTERNET | 58.00 | |
| | 378.48 | |
| TOTAL AMOUNT DUE - PLEASE PAY THIS AMOUNT | | $378.48 |

TO AVOID LATE FEES AND ENSURE PROPER CREDIT PLEASE PAY BY THE DUE DATE
REFERENCED ABOVE. A LATE PAYMENT FEE OF 0.892% MAY APPLY TO PAST DUE AMOUNTS.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 1-877-643-6246.

KEEP THIS PORTION FOR YOUR RECORD

---

Please Detach at Perforation and Return This Portion With Your Payment



OTTcommunications.

56 Campus Drive
New Gloucester, ME 04260

PAGE   1 OF   6

| BILLING DATE | TELEPHONE NUMBER |
|---|---|
| DEC 10, 2010 | 207/689-2075 |
| PAST DUE DATE | ACCOUNT NUMBER |
| JAN 9, 2011 | ▮ |

AMOUNT DUE:       $    $378.48
TOTAL AMOUNT PAID: $         64

HARTT TRANSPORTATION
262 BOMARC RD                    ##
BANGOR ME 04401-2655

PLEASE SEND     P.O. Box 11004
PAYMENT TO:     Lewiston, ME 04243-9455

9000032910500003784B2

HARTT001851