# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:12-cv-00195-JDL |
| HARTT TRANSPORTATION SYSTEMS, INC. | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 124) with the court on April 1, 2014, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The defendant filed Objections to the Recommended Decision on April 18, 2015. (ECF No. 128.) The Plaintiff filed his Response to Defendant's Objection on May 5, 2104 (ECF No. 130), the Defendant filed its Reply on May 23, 2014 (ECF No.133), and the Plaintiff filed his Surreply on May 29, 2014. (ECF No. 135.) A hearing was held on the objections on July 31, 2014. Chad T. Hansen, Esq., appeared for Plaintiff, and Melinda Caterine, Esq., appeared for Defendant.

I have carefully reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended

Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**.

**SO ORDERED.**

_____/s/Jon D. Levy_____
United States District Judge

Dated this 11th day of August, 2014.